UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>METRO DATA MANAGEMENT, INC. d/b/a DATA MARKETING GROUP, LTD., KEITHA ROCCO, individually and as an Officer of Metro Data Management, Inc., and 9097 9394 INFOGEST, QUEBEC INC. d/b/a INFOGEST DIRECT MARKETING,<br><br>    Defendant. | Civil Action No. 2:14-CV-06791 (SJF) (GRB)<br><br>**Rule 7.1 Statement** |

Defendant 9097-9394 Quebec Inc. d/b/a Infogest Direct Marketing, incorrectly sued as 9097 9394 Infogest, Quebec Inc. ("Infogest"), through its undersigned counsel, states that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

1

| | |
|---|---|
| Dated: February 11, 2015 | MANATT, PHELPS & PHILLIPS, LLP |
| | |
| | */s/ Chad Hummel* |
| | Chad Hummel (admitted pro hac vice) |
| | 11355 West Olympic Blvd. |
| | Los Angeles, CA 90064 |
| | CHummel@manatt.com |
| | (310) 312-4000 |
| | |
| | Linda A. Goldstein |
| | Kimo S. Peluso |
| | MANATT, PHELPS & PHILLIPS, LLP |
| | 7 Times Square |
| | New York, NY 10036 |
| | LGoldstein@Manatt.com |
| | KPeluso@Manatt.com |
| | (212) 790-4500 |
| | |
| | *Attorneys for Defendant 9097-9394 Quebec Inc. d/b/a Infogest Direct Marketing, incorrectly sued as 9097 9394 Infogest, Quebec Inc.* |