

**Chad S. Hummel**
Manatt, Phelps & Phillips, LLP
Direct Dial:  (310) 312-4197
E-mail:  chummel@manatt.com

March 9, 2015

**BY ECF**

The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

> **Re:** *United States of America adv. Metro Data Management, Inc., Keitha Rocco and Infogest, Quebec, Inc.*, **Case No. 14-CV-6791 (SJF) (GRB)**

Dear Judge Feuerstein:

We write on behalf of defendant 9097-9394 Quebec Inc. d/b/a Infogest Direct Marketing, incorrectly sued as 9097 9394 Infogest, Quebec Inc.  Today, the Court granted our request that I be permitted to appear telephonically for the status conference on March 12, 2015, at 11:15 a.m EST.  Per the instructions we received from the Court's case manager, Mr. Morabito, below is the number at which the Court can reach me at the time of the conference:

> **Dial-In: 1.866.922.3257**
> **Passcode:  24493128 (followed by the # key)**

We will await the Court's call at that line.  We thank the Court again for permitting us this convenience.

> Respectfully submitted,
>
> */s/ Chad S. Hummel*
>
> Chad S. Hummel

cc:  All counsel of record (by ECF)

203053326.1

11355 West Olympic Boulevard, Los Angeles, California  90064-1614  Telephone: 310.312.4000  Fax: 310.312.4224

Albany  |  Los Angeles  |  New York  |  Orange County  |  Palo Alto  |  Sacramento  |  San Francisco  |  Washington, D.C.