# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: September 1, 2015

**TIME**: 30 minutes

**CASE NUMBER**:

2:14-cv-06791-SJF-GRB

**CASE TITLE**:

United States of America v. Metro Data Management, Inc. et al

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ SEP 01 2015 ★
LONG ISLAND OFFICE

**PLTFFS ATTY**: Ann Entwistle & John Vagelatos
  X present     ___ not present

**DEFTS ATTY**: Arunabha Bhoumik
  X present     ___ not present

**COURT REPORTER**:     **COURTROOM DEPUTY**: BMM

**OTHER**: _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO_____.

_   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**: In person status conference is scheduled before Judge Feuerstein on 10/7/2015 at 11:15 am.